# EXHIBIT E

MAILER CONTRACT
September 1, 1985 through August 31, 1989

This Agreement made this _14th_ day of _July_, _1987_ between the Courier-Post newspaper, party of the first part, hereinafter referred to either as the Publisher or the Employer, and Newspaper and Magazine Employees Union, party of the second part, hereinafter called the Union.

SECTION 1

The Employer recognizes the Union as the exclusive bargaining agent for all of its employees in the mailing room. The Employer recognizes and will not interfere with the right of its employees to become members of the Union, or its successors. There shall be no discrimination, interference, restraint or coercion by the Employer or any of its agents against any member because of membership in the Union. It is agreed that all men furnished by the Union to the Employer shall be eligible to work at straight time wage rates.

(a) The Employer agrees to maintain a Union Shop, requiring that all present employees and all future employees must become members of the Union within a period of thirty (30) days after employment, and that all employees will continue their membership in the Union during the term of this contract. If an employee does not remain in good standing with the Union, as provided in the Labor-Management Relations Act of 1947, the Employer agrees that he will require the employee to come into good standing with the Union or to be forthwith dismissed from employment.

(b) The Employer agrees to deduct monthly membership dues from the wages of those employees in the bargaining unit who, individually and voluntarily execute a written authorization in the form set forth below. The Employer will remit to the Union office by check each month the total amount so deducted in each calendar month no later than the fifteenth (15th) day of the following month, with an alphabetical listing of the employees from whose wages such dues shall have been deducted as well as the amount of the deduction in each case and the shifts worked by said employees.

The form of the check-off authorization which shall be used for the purposes of Section 1 (b) shall be as follows:

MEMBERSHIP DUES CHECK-OFF AUTHORIZATION

I hereby voluntarily assign to the Newspaper and Magazine Employees Union from any wages earned or to be earned by me, the amount of my monthly membership dues in said Union.

-1-

to be mutually agreed upon between each employee and the Employer.

Effective January 1, 1989, one (1) additional personal holiday will be granted to each regular full-time situation holder on the priority list on January 1, 1989 or any subsequent January 1, the day for observance of which is to be mutually agreed upon between each employee and the Employer.

(b) The number of holidays, or days celebrated as such, to which an "extra" is entitled shall be determined on the basis of the number of straight time days worked as an extra (not as a substitute, it being the intent of the parties to permit no duplication of holiday credits) in the preceding calendar year, pro-rated on the basis of one paid holiday for each forty days worked as an "extra" or a major fraction thereof after the first forty (40) days.